JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Plaintiff, *v.* MAX AARON et al., Defendants, SAMUEL UNGERLEIDER et al., Individually and as Copartners Doing Business as SAMUEL UNGERLEIDER & Co., Appellants, and THOMAS CAPEK, SR., et al., Respondents.

(Argued December 12, 1935; decided January 8, 1936.)

*Mortimor S. Gordon, Herman Keller* and *Arthur J. Sleppin* for appellants.

*Reginald F. Isaacs* and *Samuel Beinhart* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.